In the Matter of the Petition of EMILY J. HOLLISTER et al., Appellants, to Vacate an Assessment.

THE CITY OF ROCHESTER, Respondent.

*Matter of Hollister*, 96 App. Div. 501, affirmed.
(Argued November 16, 1904; decided December 30, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 5, 1904, which affirmed an order of Special Term denying an application to vacate an assessment for a local improvement.

*George D. Reed, John P. Bowman* and *John F. Kinney* for appellants.

*William W. Webb, Corporation Counsel* (*B. B. Cunningham* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: BARTLETT, HAIGHT, MARTIN and VANN, JJ. Dissenting: CULLEN, Ch. J., GRAY and O'BRIEN, JJ.

---

PAUL M. HERZOG, as Receiver for the Benefit of Creditors of JOSEPH RYAN, Appellant, *v.* MUNICIPAL ELECTRIC LIGHT COMPANY, Respondent.

*Herzog* v. *Municipal Electric Light Co.*, 89 App. Div. 569, affirmed.
(Argued December 5, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Louis Marshall* and *S. F. Kneeland* for appellant.

*Paul D. Cravath* and *William F. Sheehan,* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN and HAIGHT, JJ. Dissenting: BARTLETT, MARTIN and VANN, JJ.